**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KTM AG,<br><br>     Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>     Defendants. | Case No. 22-cv-1457<br><br>Judge Matthew F. Kennelly |

**SEALED EX PARTE TEMPORARY RESTRAINING ORDER**

THIS CAUSE being before the Court on Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Transfer of the Defendant Domain Names, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by Email and/or Electronic Publication (the "Ex Parte Motion") against the defendants identified on Schedule A to the Complaint and attached hereto (collectively, the "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplace Accounts"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's *Ex Parte* Motion in its entirety.

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States,

1

including Illinois, offering to sell and ship products into this Judicial District. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can purchase counterfeit versions of products bearing Plaintiff's KTM and/or DUKE Trademarks -- U.S. Trademark Registration Nos. 3,606,168; 3,547,084; 3,440,999; 3,436,150 and 4,650,809 (collectively "Plaintiff's Trademarks").

https://www.ktm.com/en-us/parts---wear/powerwear/products.html



This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Hubert Trunkenpolz and Viktor Sigl and the Declaration of Michael A. Hierl and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *Ex Parte* Order, Defendants could and likely would modify registration data and content, change hosts, redirect traffic to other websites in their control, and

move any assets from accounts in U.S.-based financial institutions, including eBay, Wish, Amazon and Aliexpress accounts, to offshore accounts. As other courts have recognized, proceedings against those who deliberately traffic in counterfeit merchandise are often useless if notice is given to the adverse party. Accordingly, this Court orders that:

1.      Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

   a.  using Plaintiff's Trademarks or any confusingly similar trademarks or names in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any products that are not genuine KTM products or are not authorized by Plaintiff to be sold in connection with Plaintiff's Trademarks;

   b.  passing off, inducing, or enabling others to sell or pass off any products as genuine KTM products or any other products produced by Plaintiff, that are not Plaintiff's or are not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's Trademarks;

   c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d.   further infringing Plaintiff's Trademarks and damaging Plaintiff's goodwill;

e.   shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's Trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

f.   using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit KTM products; and

g.   operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's Trademarks and any reproductions, counterfeit copies or colorable imitations thereof that are not genuine KTM products or are not authorized by Plaintiff to be sold in connection with Plaintiff's Trademarks.

2.   The domain name registries for the Defendant Domain Names, including, but not Limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within five (5) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at Plaintiff's choosing:

4

    a.  unlock and change the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection until further ordered by this Court, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection until further ordered by this Court; or

    b.  disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

    3.    Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as iOffer, eBay, Wish, Amazon and Aliexpress. and any related entities, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within five (5) business days of receipt of this Order:

    a.  disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using Plaintiff's Trademarks, including any accounts associated with the Defendants listed in Schedule A;

    b.  disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Trademarks; and

    c.  take all steps necessary to prevent links to the Defendant Domain Names identified in Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4.     Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, Wish, Amazon and Aliexpress, advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including eBay, Wish, Amazon and Aliexpress, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

b. The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names;

c. Defendants' websites and/or any Online Marketplace Accounts;

d. The Defendant Domain Names or any domain name registered by Defendants; and

    e. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, eBay, Wish, Amazon and Aliexpress or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.     Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.     eBay shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a. Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any eBay accounts connected to and related to the information listed in Schedule A hereto and the email addresses identified in Exhibit 2 to the Declaration of Hubert Trunkenpolz and Viktor Sigl; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7.     Wish shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a.  Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Wish accounts connected to and related to the information listed in Schedule A hereto and the email addresses identified in Exhibit 2 to the Declaration of Hubert Trunkenpolz and Viktor Sigl; and

b.  Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8.      Amazon shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a.  Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Amazon accounts connected to and related to the information listed in Schedule A hereto and the email addresses identified in Exhibit 2 to the Declaration of Hubert Trunkenpolz and Viktor Sigl; and

b.  Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9.      Aliexpress shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a.  Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Aliexpress accounts connected to and related to the

information listed in Schedule A hereto and the email addresses identified in Exhibit 2 to the Declaration of Hubert Trunkenpolz and Viktor Sigl; and

b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

10. Taobao shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a. Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Taobao accounts connected to and related to the information listed in Schedule A hereto and the email addresses identified in Exhibit 2 to the Declaration of Hubert Trunkenpolz and Viktor Sigl; and

b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

11. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website to which the Defendant Domain Names which are transferred to Plaintiff's control will redirect, or by sending an e-mail to the e-mail addresses identified in Schedule A to the Complaint and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "CHEN95HAIYhcyWU and

all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

12.    Plaintiff's Complaint, Schedule A to the Complaint, and this Order shall remain sealed until Defendants' financial accounts are restrained. Plaintiff shall file unsealed versions of the Complaint, Schedule A to the Complaint, and this Order using the CM/ECF system prior to the expiration of this Order. Plaintiff shall deposit with the Court Ten Thousand Dollars ($10,000.00), either cash, cashier's check or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

13.    Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

This Temporary Restraining Order without notice is entered on March 22, 2022 at 2:00 P.M., and shall remain in effect for fourteen (14) days.

_____
U.S. District Court Judge

**SCHEDULE A**

| No. | Defendant Name / Alias |
|-----|------------------------|
| 1 | CHEN95HAIYhcyWU |
| 2 | deteighssjh |
| 3 | dipesecvwbooc |
| 4 | lalishapus |
| 5 | lathashmhk |
| 6 | Lingmyi Store |
| 7 | lishuaipeng |
| 8 | mcsoudoosrvk |
| 9 | meriglare |
| 10 | musesrlfl |
| 11 | Nideyida |
| 12 | poaretvrscd |
| 13 | rertofmqrg |
| 14 | rockible |
| 15 | sekesllplm |
| 16 | shamjina |
| 17 | sheareahgeo |
| 18 | Shiwaki |
| 19 | smeathebphd |
| 20 | smelargwlnp |
| 21 | szzheng102 |
| 22 | tachiuwa |
| 23 | teekneanefw |
| 24 | thakoovufdh |
| 25 | theseethvsuvn |
| 26 | thystoashdhibbf |
| 27 | toatasuqpff |
| 28 | urbanloot |
| 29 | voosysccxdv |
| 30 | y asdlkhqdasd |
| 31 | zhazhahui1818 |
| 32 | zhengqiao9852 |
| 33 | A196 Store |
| 34 | ABPN Store |
| 35 | A-Car Store |
| 36 | AMT Store |
| 37 | car for you Store |

| 38 | Hunting Knight Store |
|----|----------------------|
| 39 | LIGHT FACTORY Store |
| 40 | LuoKui Store |
| 41 | Make the car beautiful Store |
| 42 | MINILULU Store |
| 43 | North-Feather Store |
| 44 | RYAN-CAR Store |
| 45 | S peed F ly On Road Store |
| 46 | Shop5064248 Store |
| 47 | Shop5256170 Store |
| 48 | Shop5575071 Store |
| 49 | Shop5635145 Store |
| 50 | Shop5796960 Store |
| 51 | Shop5873953 Store |
| 52 | Shop5940201 Store |
| 53 | Shop911231112 Store |
| 54 | Silver Moo Store |
| 55 | Turn on your life |
| 56 | UG Motor Store |
| 57 | YEAH!Car Accessories Store |
| 58 | cyletoo |
| 59 | haid-5132 |
| 60 | plainchampagne |
| 61 | vintagespares13 |
| 62 | chairman of the club |
| 63 | Dgsoco parts store |
| 64 | Jackson NancyY |
| 65 | jiantaotao |
| 66 | kathleen flier |
| 67 | leiyanhong |
| 68 | lida |
| 69 | major updates |
| 70 | MELIFE |
| 71 | microtia |
| 72 | ming fashion |
| 73 | MOWOK |
| 74 | MSLW |
| 75 | N2moto |
| 76 | OliverjQpMqL |
| 77 | Perfk |
| 78 | Pinktone |

| 79 | Russell ATV DIRT Pit BIKE |
|-----|---------------------------|
| 80 | sana |
| 81 | sharewithyou |
| 82 | shenshixiaodian |
| 83 | shuaiqi |
| 84 | stronghanppyday |
| 85 | tplz53 |
| 86 | tranquillity men |
| 87 | wenzhongduox |
| 88 | xiaoxiaoshui |
| 89 | Xiefengting020503 |
| 90 | Y Jack |
| 91 | yangye68 |
| 92 | ygnngc HUI |
| 93 | Yisunrain Mubbles |
| 94 | YM Fashion Beauty Equipment |
| 95 | zhangwei889 |
| 96 | zhaoyalin5155 |
| 97 | zhengwen fashion |
| 98 | Hvlystory |
| 99 | YYUTOOL |
| 100 | 555 Store |
| 101 | 666-Howtide Store |
| 102 | Angels Knight Store |
| 103 | AR Fairings & Customized Store |
| 104 | BPA Official Store |
| 105 | BRAKE-SYSTERM Store |
| 106 | Car Technical Store |
| 107 | CD Knight Store Store |
| 108 | CSPART Official Store |
| 109 | CYyimi Store |
| 110 | DLSMoto Store |
| 111 | Estelle motorcycle Store |
| 112 | For Motorcycle Store |
| 113 | GARAGE-8 Store |
| 114 | GMCCHENG Racing Store |
| 115 | GUMOLING Store |
| 116 | GwC Racing Accessories Store |
| 117 | HUANGYANZHEN123 Store |
| 118 | HYPOWER Store |
| 119 | ijo Store |

| 120 | JFG-MOTO Store |
| 121 | JXMOTO Store |
| 122 | JZYracing Store |
| 123 | Kingway-Auto-Parts-Wholesale |
| 124 | Launched in life Store |
| 125 | LsxRacing Store |
| 126 | LUSHQ Motorcycle Part Store |
| 127 | MaxMOTO Store |
| 128 | Moto-ATV Store |
| 129 | Motor Fever Store |
| 130 | Motor Wonderland Store |
| 131 | Motorcycle Parts123 Store |
| 132 | MT-009 Store |
| 133 | MTKRACING Store |
| 134 | NewNew MT Store |
| 135 | Nianer Online Apparel Store |
| 136 | niversal motorcycle accessories Store |
| 137 | NUSIAMA 001 Store |
| 138 | Off-Road Store Store |
| 139 | Oloey kitchen Store |
| 140 | Onever Car-life Store |
| 141 | OSDAR Store |
| 142 | PEYA MOTORCYCLE PARTS Store |
| 143 | Pro Motor Parts Store |
| 144 | Racing |
| 145 | Rapidly Motor Store |
| 146 | SGerste Store |
| 147 | Shop1331728 Store |
| 148 | Shop1934904 Store |
| 149 | Shop3106033 Store |
| 150 | Shop4274021 Store |
| 151 | Shop4431018 Store |
| 152 | Shop4681111 Store |
| 153 | Shop5034019 Store |
| 154 | Shop5256025 Store |
| 155 | Shop5381215 Store |
| 156 | Shop5441296 Store |
| 157 | Shop5496024 Store |
| 158 | Shop5616134 Store |
| 159 | Shop5622073 Store |

| 160 | Shop5624015 Store |
|-----|-------------------|
| 161 | Shop5793837 Store |
| 162 | Shop5872562 Store |
| 163 | Shop900249414 Store |
| 164 | Shop910722118 Store |
| 165 | Shop910740017 Store |
| 166 | Shop911128046 Store |
| 167 | Shop911131159 Store |
| 168 | Shop911137167 Store |
| 169 | Shop911139134 Store |
| 170 | Shop911414339 Store |
| 171 | Shop911557096 Store |
| 172 | SOONTOR 6 Store |
| 173 | Speeding knight store Store |
| 174 | SportsStars Store |
| 175 | Super Motor Parts |
| 176 | TDPRO Factory Direct Store |
| 177 | Unicornsland Motorcycle Store |
| 178 | WS RACING Store |
| 179 | Xhssly Motorcycle Accessories Store |
| 180 | YH Locomotive Store |
| 181 | YITUOLIN Motorcycle Part Store |
| 182 | YL-Motocycle Gp Store |
| 183 | ZHANG XING YUE Store |
| 184 | zhongying520 Store |

| No. | Defendants Online Marketplace |
|-----|-------------------------------|
| 1 | https://www.wish.com/merchant/5f87c8cb13bbf3b8dd64dede |
| 2 | https://www.wish.com/merchant/5e906d243795e5a74f6872a1 |
| 3 | https://www.wish.com/merchant/5e90717ad9de51ac0148e3fa |
| 4 | https://www.wish.com/merchant/5e908350e3851ebb9979b311 |
| 5 | https://www.wish.com/merchant/5e96c75d058b7150f2edcbee |
| 6 | https://www.wish.com/merchant/5dd0cca54cc6673a82417792 |
| 7 | https://www.wish.com/merchant/5ebbc74ee8446d43f0989249 |
| 8 | https://www.wish.com/merchant/5e96ae8e058b713c8aedc654 |
| 9 | https://www.wish.com/merchant/5d47c30ff3886b4703763ece |
| 10 | https://www.wish.com/merchant/5e9701c907790814dd5308ca |
| 11 | https://www.wish.com/merchant/5b3adff547f8b01c4fa664aa |
| 12 | https://www.wish.com/merchant/5e9599b4d020624506c8d1e4 |
| 13 | https://www.wish.com/merchant/5e9085fbd9de51bd2848e2d6 |
| 14 | https://www.wish.com/merchant/5d4d182b1d9a8e6e4ae6b9e1 |

| 15 | https://www.wish.com/merchant/5e96c9d5942cd453063e6a4c |
|----|--------------------------------------------------------|
| 16 | https://www.wish.com/merchant/5d4a3673a66e354f4f9f5ed1 |
| 17 | https://www.wish.com/merchant/5e96c68429e7861ea73bef3e |
| 18 | https://www.wish.com/merchant/5d4a6f6022f3010fc09ac1de |
| 19 | https://www.wish.com/merchant/5e96ad30ecbf9d3a78765f37 |
| 20 | https://www.wish.com/merchant/5e95938425bb5e3eba2425d5 |
| 21 | https://www.wish.com/merchant/59239576980a342e6dcb8290 |
| 22 | https://www.wish.com/merchant/5d54f84e15275472cab92316 |
| 23 | https://www.wish.com/merchant/5e96cdab639b2d56cab7b9a9 |
| 24 | https://www.wish.com/merchant/5e959b2976b18145a92cd190 |
| 25 | https://www.wish.com/merchant/5e908680ea6fadbc1288f694 |
| 26 | https://www.wish.com/merchant/5e96b3b6942cd43fd23e6a15 |
| 27 | https://www.wish.com/merchant/5e959a26ec27b440dbcb9bfc |
| 28 | https://www.wish.com/merchant/591e9ddecd0cd3312aed6cac |
| 29 | https://www.wish.com/merchant/5e96c4ec942cd44e303e6c99 |
| 30 | https://www.wish.com/merchant/5eba69f82a1428cd494c6154 |
| 31 | https://www.wish.com/merchant/5b178ef53804b01b1455913c |
| 32 | https://www.wish.com/merchant/580ed3edb1a3276839b5f229 |
| 33 | https://www.aliexpress.com/store/911714050 |
| 34 | https://www.aliexpress.com/store/5038194 |
| 35 | https://www.aliexpress.com/store/5621270 |
| 36 | https://www.aliexpress.com/store/911725246 |
| 37 | https://www.aliexpress.com/store/5878741 |
| 38 | https://www.aliexpress.com/store/4056049 |
| 39 | https://www.aliexpress.com/store/3982029 |
| 40 | https://www.aliexpress.com/store/5888329 |
| 41 | https://www.aliexpress.com/store/5053022 |
| 42 | https://www.aliexpress.com/store/5130090 |
| 43 | https://www.aliexpress.com/store/5890441 |
| 44 | https://www.aliexpress.com/store/5663020 |
| 45 | https://www.aliexpress.com/store/2966062 |
| 46 | https://www.aliexpress.com/store/5064248 |
| 47 | https://www.aliexpress.com/store/5256170 |
| 48 | https://www.aliexpress.com/store/5575071 |
| 49 | https://www.aliexpress.com/store/5635145 |
| 50 | https://www.aliexpress.com/store/5796960 |
| 51 | https://www.aliexpress.com/store/5873953 |
| 52 | https://www.aliexpress.com/store/5940201 |
| 53 | https://www.aliexpress.com/store/911231112 |
| 54 | https://www.aliexpress.com/store/5875823 |
| 55 | https://www.aliexpress.com/store/2139084 |

| 56 | https://www.aliexpress.com/store/5877335 |
| 57 | https://www.aliexpress.com/store/910327196 |
| 58 | https://www.ebay.com/usr/cyletoo |
| 59 | https://www.ebay.com/usr/haid-5132 |
| 60 | https://www.ebay.co.uk/usr/plainchampagne |
| 61 | https://www.ebay.com/usr/vintagespares13 |
| 62 | https://www.wish.com/merchant/5927978fad6b035b3a81299d |
| 63 | https://www.wish.com/merchant/5b9e30e773d934338840b712 |
| 64 | https://www.wish.com/merchant/5e9eb30486a50ec8f31df979 |
| 65 | https://www.wish.com/merchant/5d413fd8fe55c826b6e29bc7 |
| 66 | https://www.wish.com/merchant/5e858919092cf3004eefa79e |
| 67 | https://www.wish.com/merchant/5df332d9dc64780e837c0e60 |
| 68 | https://www.wish.com/merchant/574d4d5dd503c05c9690e2df |
| 69 | https://www.wish.com/merchant/591e65e985ff9c22e6aa457f |
| 70 | https://www.wish.com/merchant/53c502b2ff4d6d4ecaea5b29 |
| 71 | https://www.wish.com/merchant/5ed9b777672a271ad998484f |
| 72 | https://www.wish.com/merchant/5409d6837a9eb4668c2a2b26 |
| 73 | https://www.wish.com/merchant/5be53409eefe0a2edf70278b |
| 74 | https://www.wish.com/merchant/5e25f10578134788906455bc |
| 75 | https://www.wish.com/merchant/5811fee01f26d0195b9afb87 |
| 76 | https://www.wish.com/merchant/5d41a0e28388976fc0f62a12 |
| 77 | https://www.wish.com/merchant/58dcd4e577ee537c443aaca3 |
| 78 | https://www.wish.com/merchant/5ab1d22fea876405a98d2298 |
| 79 | https://www.wish.com/merchant/57c5550f3ddce31c8af06c12 |
| 80 | https://www.wish.com/merchant/563d7b0cfc2b645a8ffb371f |
| 81 | https://www.wish.com/merchant/5966e212abea917bb8a6ff2c |
| 82 | https://www.wish.com/merchant/5ae2d02818d92118caedc2ec |
| 83 | https://www.wish.com/merchant/58c613269148fb2c781a2ae4 |
| 84 | https://www.wish.com/merchant/5db46dfa20bc4b23b045aed8 |
| 85 | https://www.wish.com/merchant/5d57d853560eca4004ee7853 |
| 86 | https://www.wish.com/merchant/58ecab3b96d4241377a3a9fe |
| 87 | https://www.wish.com/merchant/5b1b8027eae8b45e572897ea |
| 88 | https://www.wish.com/merchant/5aaa29fc28a2b359d584e8a4 |
| 89 | https://www.wish.com/merchant/5f45d1b106543fefb53954d2 |
| 90 | https://www.wish.com/merchant/5d3d58bce13a7e0b43f36996 |
| 91 | https://www.wish.com/merchant/583e2c4e1591453b33dd8ccc |
| 92 | https://www.wish.com/merchant/58da1aab765a6f52e55ff8fe |
| 93 | https://www.wish.com/merchant/5ed8545f544a5b21079b63d5 |
| 94 | https://www.wish.com/merchant/5604af75f864a45da896e3b7 |
| 95 | https://www.wish.com/merchant/5af66507fbf60d4f94e0c195 |
| 96 | https://www.wish.com/merchant/5eca366e29e7861648816201 |

| 97 | https://www.wish.com/merchant/540c2727c5c246307019de4e |
|---|---|
| 98 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A116H4WHO9D9VD&tab=&vasStoreID= |
| 99 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1EZVQJ4NKII8K&sshmPath= |
| 100 | https://www.aliexpress.com/store/3251125 |
| 101 | https://www.aliexpress.com/store/3567051 |
| 102 | https://www.aliexpress.com/store/523645 |
| 103 | https://www.aliexpress.com/store/3259024 |
| 104 | https://www.aliexpress.com/store/5870142 |
| 105 | https://www.aliexpress.com/store/4992388 |
| 106 | https://www.aliexpress.com/store/900242166 |
| 107 | https://www.aliexpress.com/store/910928019 |
| 108 | https://cspart0001.aliexpress.com/store/501791 |
| 109 | https://www.aliexpress.com/store/900238309 |
| 110 | https://dlsmoto.aliexpress.com/store/4218006 |
| 111 | https://www.aliexpress.com/store/3676033 |
| 112 | https://for-moto.aliexpress.com/store/5378231 |
| 113 | https://www.aliexpress.com/store/1950810 |
| 114 | https://gmccheng.aliexpress.com/store/4423123 |
| 115 | https://www.aliexpress.com/store/5030059 |
| 116 | https://www.aliexpress.com/store/910881002 |
| 117 | https://www.aliexpress.com/store/5082202 |
| 118 | https://www.aliexpress.com/store/3187079 |
| 119 | https://www.aliexpress.com/store/3509106 |
| 120 | https://www.aliexpress.com/store/5573123 |
| 121 | https://www.aliexpress.com/store/1906601 |
| 122 | https://www.aliexpress.com/store/5082391 |
| 123 | https://www.aliexpress.com/store/1535074 |
| 124 | https://www.aliexpress.com/store/4993106 |
| 125 | https://www.aliexpress.com/store/910356254 |
| 126 | https://www.aliexpress.com/store/5442202 |
| 127 | https://www.aliexpress.com/store/5054024 |
| 128 | https://www.aliexpress.com/store/911668306 |
| 129 | https://www.aliexpress.com/store/3223026 |
| 130 | https://motorwonderland.aliexpress.com/store/3222011 |
| 131 | https://www.aliexpress.com/store/5084123 |
| 132 | https://www.aliexpress.com/store/3998038 |
| 133 | https://www.aliexpress.com/store/1711294 |
| 134 | https://www.aliexpress.com/store/4988244 |

| 135 | https://www.aliexpress.com/store/3627056 |
|-----|------------------------------------------|
| 136 | https://www.aliexpress.com/store/5002315 |
| 137 | https://www.aliexpress.com/store/5376330 |
| 138 | https://www.aliexpress.com/store/911517006 |
| 139 | https://amtop-06669.aliexpress.com/store/4997469 |
| 140 | https://www.aliexpress.com/store/1901073 |
| 141 | https://www.aliexpress.com/store/2050001 |
| 142 | https://www.aliexpress.com/store/1879434 |
| 143 | https://www.aliexpress.com/store/2064067 |
| 144 | https://www.aliexpress.com/store/1283084 |
| 145 | https://www.aliexpress.com/store/5005244 |
| 146 | https://www.aliexpress.com/store/1486356 |
| 147 | https://www.aliexpress.com/store/1331728 |
| 148 | https://www.aliexpress.com/store/1934904 |
| 149 | https://www.aliexpress.com/store/3106033 |
| 150 | https://www.aliexpress.com/store/4274021 |
| 151 | https://www.aliexpress.com/store/4431018 |
| 152 | https://www.aliexpress.com/store/4681111 |
| 153 | https://www.aliexpress.com/store/5034019 |
| 154 | https://www.aliexpress.com/store/5256025 |
| 155 | https://www.aliexpress.com/store/5381215 |
| 156 | https://www.aliexpress.com/store/5441296 |
| 157 | https://www.aliexpress.com/store/5496024 |
| 158 | https://www.aliexpress.com/store/5616134 |
| 159 | https://www.aliexpress.com/store/5622073 |
| 160 | https://www.aliexpress.com/store/5624015 |
| 161 | https://www.aliexpress.com/store/5793837 |
| 162 | https://www.aliexpress.com/store/5872562 |
| 163 | https://www.aliexpress.com/store/900249414 |
| 164 | https://www.aliexpress.com/store/910722118 |
| 165 | https://www.aliexpress.com/store/910740017 |
| 166 | https://www.aliexpress.com/store/911128046 |
| 167 | https://www.aliexpress.com/store/911131159 |
| 168 | https://www.aliexpress.com/store/911137167 |
| 169 | https://www.aliexpress.com/store/911139134 |
| 170 | https://www.aliexpress.com/store/911414339 |
| 171 | https://www.aliexpress.com/store/911557096 |
| 172 | https://www.aliexpress.com/store/4646135 |
| 173 | https://www.aliexpress.com/store/910921039 |
| 174 | https://www.aliexpress.com/store/5796144 |
| 175 | https://www.aliexpress.com/store/1502459 |

| 176 | https://www.aliexpress.com/store/5614198 |
|-----|-------------------------------------------|
| 177 | https://www.aliexpress.com/store/910743124 |
| 178 | https://wsracing.aliexpress.com/store/2827068 |
| 179 | https://www.aliexpress.com/store/911134125 |
| 180 | https://www.aliexpress.com/store/2061136 |
| 181 | https://www.aliexpress.com/store/911215051 |
| 182 | https://www.aliexpress.com/store/4429118 |
| 183 | https://zhangxingyue.aliexpress.com/store/914279 |
| 184 | https://www.aliexpress.com/store/5027099 |