# Group Exhibit 2

# Luis Figueroa

| | |
|---|---|
| **From:** | 汪宁越 <wb-wny616059@antgroup.com> |
| **Sent:** | Tuesday, April 19, 2022 4:18 AM |
| **To:** | Luis Figueroa; 汪宁越; 向欽宇 |
| **Cc:** | 汪宁越; 余洁; Michael A. Hierl; Christine Blank; William B. Kalbac; Roxana Brito; Robert McMurray |
| **Subject:** | 回复：回复：22-cv-1457; KTM AG v The Individuals, Corporations, et al./ TRO |
| **Attachments:** | image001.png; image002.jpg; image003.jpg; image004.png; image005.png; image006.png |

Hi Luis,
We have reviewed the screenshots you provided and found the below ones are not infringing in this case.

- 125 – LsxRacing Store (the item sold appears on its face to be for a non-KTM brand called Pro Taper)
- 131 – Motorcycle Parts123 Store (item sold appears on its face to be for non-KTM brand Pro Taper)
- 132 – MT-009 Store (item sold appears on its face to be for non-KTM brand Pro Taper)
- 142 – Peya Motorcycle Parts Store (item sold appears on its face to be for non-KTM brand Yoshimura)
- 143 – Pro Motor Parts Store (item sold is listed as compatible with multiple motorcycle brands, not marked with a KTM mark, and there is no use of KTM mark beyond showing compatibility along with multiple other motorcycle companies)
- 154 – Shop5256025 (item sold appears on its face to be for non-KTM brand Pro Taper)
- 169 – Shop911139134 (item sold appears on its face to be for non-KTM brand Pro Taper)

Please either circle out the infringing part in the screenshots or supplement additional evidence/explanation to show infringement. Upon further review of the supplemental materials, we will continue to process your TRO request if no further issues. If the merchant was caught up inadvertently/by mistake and you wish to drop it from the request, please also let us know, so that we could process your TRO request with regard to the other merchants soon.

Best,
Ann

---

发件人：Luis Figueroa <lfigueroa@HSPLEGAL.COM>
发送时间：2022年4月14日(星期四) 23:02
收件人：汪宁越 <wb-wny616059@antgroup.com>; 向欽宇 <joyce.xiang@antgroup.com>
抄　　送：汪宁越 <wb-wny616059@antfin.com>; 余洁 <wb-yj965636@antgroup.com>; Michael A. Hierl <mhierl@HSPLEGAL.COM>; Christine Blank <cblank@HSPLEGAL.COM>; William B. Kalbac <wkalbac@HSPLEGAL.COM>; Roxana Brito <rbrito@hsplegal.com>; Robert McMurray <rmcmurray@hsplegal.com>
主　　题：RE: 回复：22-cv-1457; KTM AG v The Individuals, Corporations, et al./ TRO

Hi Ann,

1

# Luis Figueroa

| | |
|---|---|
| **From:** | 汪宁越 <wb-wny616059@antgroup.com> |
| **Sent:** | Friday, April 15, 2022 1:29 AM |
| **To:** | Luis Figueroa; 向欽宇 |
| **Cc:** | 汪宁越; 余洁; Michael A. Hierl; Christine Blank; William B. Kalbac; Roxana Brito; Robert McMurray |
| **Subject:** | 回复：回复：22-cv-1457; KTM AG v The Individuals, Corporations, et al./ TRO |
| **Attachments:** | image001.png; image002.jpg; image003.jpg; image004.png; image005.png; image006.png |

Hi Luis,

Our China offices are closed from April 3 to April 5 for the Qingming Festival. It will take longer than usual due to the Qingming Festival, and our normal turnaround time is 14 days after we receive all necessary materials.
we are still working on this case and we will revert the standard information ASAP.

Best,
Ann

---
发件人：Luis Figueroa <lfigueroa@HSPLEGAL.COM>
发送时间：2022年4月14日(星期四) 23:02
收件人：汪宁越 <wb-wny616059@antgroup.com>; 向欽宇 <joyce.xiang@antgroup.com>
抄　　送：汪宁越 <wb-wny616059@antfin.com>; 余洁 <wb-yj965636@antgroup.com>; Michael A. Hierl <mhierl@HSPLEGAL.COM>; Christine Blank <cblank@HSPLEGAL.COM>; William B. Kalbac <wkalbac@HSPLEGAL.COM>; Roxana Brito <rbrito@hsplegal.com>; Robert McMurray <rmcmurray@hsplegal.com>
主　　题：RE: 回复：22-cv-1457; KTM AG v The Individuals, Corporations, et al./ TRO

Hi Ann,

Please provide an update on this TRO request.

Thanks,
Luis

**From:** Luis Figueroa
**Sent:** Thursday, April 7, 2022 2:24 PM
**To:** 汪宁越 <wb-wny616059@antgroup.com>; 向欽宇 <joyce.xiang@antgroup.com>
**Cc:** 汪宁越 <wb-wny616059@antfin.com>; 余洁 <wb-yj965636@antgroup.com>; Michael A. Hierl <mhierl@HSPLEGAL.COM>; Christine Blank <cblank@HSPLEGAL.COM>; William B. Kalbac <wkalbac@HSPLEGAL.COM>; Roxana Brito <rbrito@hsplegal.com>; Robert McMurray <rmcmurray@hsplegal.com>
**Subject:** RE: 回复：22-cv-1457; KTM AG v The Individuals, Corporations, et al./ TRO

1

Please provide an update on this TRO request.

Thanks,
Luis

**From:** Luis Figueroa
**Sent:** Thursday, April 7, 2022 2:24 PM
**To:** 汪宁越 <wb-wny616059@antgroup.com>; 向欽宇 <joyce.xiang@antgroup.com>
**Cc:** 汪宁越 <wb-wny616059@antfin.com>; 余洁 <wb-yj965636@antgroup.com>; Michael A. Hierl <mhierl@HSPLEGAL.COM>; Christine Blank <cblank@HSPLEGAL.COM>; William B. Kalbac <wkalbac@HSPLEGAL.COM>; Roxana Brito <rbrito@hsplegal.com>; Robert McMurray <rmcmurray@hsplegal.com>
**Subject:** RE: 回复 : 22-cv-1457; KTM AG v The Individuals, Corporations, et al./ TRO

Hi Ann,

Sure. Please click here to access the screenshots.

We would appreciate it if the cooperation could be reverted back for some of our recent transfer requests.

Thanks,
Luis

**From:** 汪宁越 <wb-wny616059@antgroup.com>
**Sent:** Thursday, April 7, 2022 12:33 AM
**To:** Luis Figueroa <lfigueroa@HSPLEGAL.COM>; 汪宁越 <wb-wny616059@antgroup.com>; 向欽宇 <joyce.xiang@antgroup.com>
**Cc:** 汪宁越 <wb-wny616059@antfin.com>; 余洁 <wb-yj965636@antgroup.com>; Michael A. Hierl <mhierl@HSPLEGAL.COM>; Christine Blank <cblank@HSPLEGAL.COM>; William B. Kalbac <wkalbac@HSPLEGAL.COM>; Roxana Brito <rbrito@hsplegal.com>; Robert McMurray <rmcmurray@hsplegal.com>
**Subject:** 回复 : 22-cv-1457; KTM AG v The Individuals, Corporations, et al./ TRO

Dear Luis,
Could you please resend us the link of screenshots? The link below seems to be restricted. Thanks a lot.
https://hsplegal.sharefile.com/d-s9e7aa0c5f46b4e199669ca5cd89957e8
Best,
Ann

------------------------------------------------------------------

发件人：Luis Figueroa <lfigueroa@HSPLEGAL.COM>
发送时间：2022 年 4 月 6 日(星期三) 05:40
收件人：汪宁越 <wb-wny616059@antgroup.com>; 向欽宇 <joyce.xiang@antgroup.com>
抄　送：汪宁越 <wb-wny616059@antfin.com>; 余洁 <wb-yj965636@antgroup.com>; Michael A. Hierl <mhierl@HSPLEGAL.COM>; Christine Blank <cblank@HSPLEGAL.COM>; William B. Kalbac <wkalbac@HSPLEGAL.COM>; Roxana Brito <rbrito@hsplegal.com>; Robert McMurray <rmcmurray@hsplegal.com>

主 題：RE: 22-cv-1457; KTM AG v The Individuals, Corporations, et al./ TRO

Dear Ann,

Please provide the status of this TRO request.

Thanks,
Luis

**From:** Luis Figueroa
**Sent:** Wednesday, March 23, 2022 11:04 AM
**To:** 汪宁越 Ann <wb-wny616059@antgroup.com>; 向欽宇 <joyce.xiang@antgroup.com>
**Cc:** 汪宁越 Ann <wb-wny616059@antfin.com>; wb-yj965636 <wb-yj965636@antgroup.com>; Michael A. Hierl <mhierl@HSPLEGAL.COM>; Christine Blank <cblank@HSPLEGAL.COM>; William B. Kalbac <wkalbac@HSPLEGAL.COM>; Roxana Brito <rbrito@hsplegal.com>; Robert McMurray <rmcmurray@hsplegal.com>
**Subject:** 22-cv-1457; KTM AG v The Individuals, Corporations, et al./ TRO

Dear Ann and Joyce,

  Please find enclosed a FRCP 45 subpoena, Schedule A, a Temporary Restraining Order for case no. 22-cv-1457, and additional information concerning the Alipay accounts for the defendants. Per the terms set forth in the attached Order, the platform shall provide our office with the following information; the complete names, all associated email addresses, account numbers (domestic and foreign), personal and/or registered business addresses, current balance for all accounts connected to defendants (domestic and foreign), information associated to other merchant payment providers ( PayPal, Payoneer, UmPay, PayEco, LianLian Pay, etc.), gross merchandise sales, gross merchandise volume, names of all affiliates, agents, any person acting with defendants, and current account status. Additionally, per paragraph 4, full information should be provided to our office within five business days and/or no later than March 30, 2022.

Relevant documents: https://hsplegal.sharefile.com/d-sd6182ae2d7064a5097ed5b41f9e630ed
Screenshots: https://hsplegal.sharefile.com/d-s9e7aa0c5f46b4e199669ca5cd89957e8

Regards,



**Luis Figueroa**, *Paralegal*
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W Madison St., Suite 4000
Chicago, IL 60602
Dir **312.604.2790**  Fax **312.604.2791**
lfigueroa@hsplegal.com
Click to send me files.