# Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 33 | A196 Store |
| 34 | ABPN Store |
| 35 | A-Car Store |
| 36 | AMT Store |
| 37 | car for you Store |
| 38 | Hunting Knight Store |
| 39 | LIGHT FACTORY Store |
| 40 | LuoKui Store |
| 41 | Make the car beautiful Store |
| 42 | MINILULU Store |
| 43 | North-Feather Store |
| 44 | RYAN-CAR Store |
| 45 | S peed F ly On Road Store |
| 46 | Shop5064248 Store |
| 47 | Shop5256170 Store |
| 48 | Shop5575071 Store |
| 49 | Shop5635145 Store |
| 50 | Shop5796960 Store |
| 51 | Shop5873953 Store |
| 52 | Shop5940201 Store |
| 53 | Shop911231112 Store |
| 54 | Silver Moo Store |
| 55 | Turn on your life |
| 56 | UG Motor Store |
| 57 | YEAH!Car Accessories Store |
| 100 | 555 Store |
| 101 | 666-Howtide Store |
| 102 | Angels Knight Store |
| 103 | AR Fairings & Customized Store |
| 104 | BPA Official Store |
| 105 | BRAKE-SYSTERM Store |
| 106 | Car Technical Store |
| 107 | CD Knight Store Store |
| 108 | CSPART Official Store |
| 109 | CYyimi Store |
| 110 | DLSMoto Store |
| 111 | Estelle motorcycle Store |
| 112 | For Motorcycle Store |
| 113 | GARAGE-8 Store |
| 114 | GMCCHENG Racing Store |

# Schedule A

| | |
|---|---|
| 115 | GUMOLING Store |
| 116 | GwC Racing Accessories Store |
| 117 | HUANGYANZHEN123 Store |
| 118 | HYPOWER Store |
| 119 | ijo Store |
| 120 | JFG-MOTO Store |
| 121 | JXMOTO Store |
| 122 | JZYracing Store |
| 123 | Kingway-Auto-Parts-Wholesale |
| 124 | Launched in life Store |
| 126 | LUSHQ Motorcycle Part Store |
| 127 | MaxMOTO Store |
| 128 | Moto-ATV Store |
| 129 | Motor Fever Store |
| 130 | Motor Wonderland Store |
| 133 | MTKRACING Store |
| 134 | NewNew MT Store |
| 135 | Nianer Online Apparel Store |
| 136 | niversal motorcycle accessories Store |
| 137 | NUSIAMA 001 Store |
| 138 | Off-Road Store Store |
| 139 | Oloey kitchen Store |
| 140 | Onever Car-life Store |
| 141 | OSDAR Store |
| 144 | Racing |
| 145 | Rapidly Motor Store |
| 146 | SGerste Store |
| 147 | Shop1331728 Store |
| 148 | Shop1934904 Store |
| 149 | Shop3106033 Store |
| 150 | Shop4274021 Store |
| 151 | Shop4431018 Store |
| 152 | Shop4681111 Store |
| 153 | Shop5034019 Store |
| 155 | Shop5381215 Store |
| 156 | Shop5441296 Store |
| 157 | Shop5496024 Store |
| 158 | Shop5616134 Store |
| 159 | Shop5622073 Store |
| 160 | Shop5624015 Store |

# Schedule A

| | |
|---|---|
| 161 | Shop5793837 Store |
| 162 | Shop5872562 Store |
| 163 | Shop900249414 Store |
| 164 | Shop910722118 Store |
| 165 | Shop910740017 Store |
| 166 | Shop911128046 Store |
| 167 | Shop911131159 Store |
| 168 | Shop911137167 Store |
| 170 | Shop911414339 Store |
| 171 | Shop911557096 Store |
| 172 | SOONTOR 6 Store |
| 173 | Speeding knight store Store |
| 174 | SportsStars Store |
| 175 | Super Motor Parts |
| 176 | TDPRO Factory Direct Store |
| 177 | Unicornsland Motorcycle Store |
| 178 | WS RACING Store |
| 179 | Xhssly Motorcycle Accessories Store |
| 180 | YH Locomotive Store |
| 181 | YITUOLIN Motorcycle Part Store |
| 182 | YL-Motocycle Gp Store |
| 183 | ZHANG XING YUE Store |
| 184 | zhongying520 Store |