**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

KTM AG

                Plaintiff,

v.           Case No.: 1:22−cv−01457

          Honorable Matthew F. Kennelly

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 3, 2022:

    MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 8/3/2022. The motion to compel Alipay [44] is taken under advisement. Plaintiff is given until 8/24/2022 to file a memorandum of support. Alipay is given until 9/14/2022 to file a response. If Alipay does not file a response, the Court will rule on the motion without the benefit of alley pay's views. Any reply is due on 9/23/2022. Plaintiff's counsel is directed to promptly provide Alipay a copy of this order and is to confirm on the record that they had sent it. A telephonic status hearing is set for 10/3/2022 at 8:50 a.m. The following call−in number will be used for the hearing: 888−684−8852, conference code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.