# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

KTM AG

    Plaintiff,

v.

Case No.: 1:22−cv−01457

Honorable Matthew F. Kennelly

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 11, 2022:

    MINUTE entry before the Honorable Matthew F. Kennelly: The telephonic hearing date of 11/14/2022 is vacated. The Court grants the motion [62] by three defendants Estelle Motorcycle Store, NewNewMT Store and shop3106038 to dissolve the preliminary injunction that the Court entered against them in this case on 4/18/2022. The Court is not persuaded that plaintiff KTM AG has shown a reasonable likelihood of success on the merits of its claim of trademark infringement against these defendants. The claim, reduced to its essentials, turns on KTM's contention that defendants' usage of the term "KTM" in their online marketing of products they are selling for use on or with KTM motorcycles creates a reasonable likelihood of confusion regarding the source of the products. In other words, KTM contends that consumers are likely to believe that the products sold online by the defendants were made (or, perhaps, licensed) by KTM. The Court does not find the limited evidence presented by KTM on that point to be persuasive. The screenshots offered by KTM show that the defendants identify the products as "for KTM," but there is nothing about the products themselves or the way they are pitched on the defendants&#039; websites (at least based on the limited evidence offered by KTM) that suggests that they are made by KTM. Rather, they are pitched as KTM−compatible. That's a descriptive use of the term, and likely a fair use, not an indication of source, sponsorship, or endorsement. KTM may be able to make a better case at a trial on the merits or on summary judgment, but on the present record it has not shown the reasonable likelihood of success needed to sustain the preliminary injunction that it obtained before the defendants appeared in the case through counsel. The defendants' response to the complaint is to be filed by 11/28/2022. The case is set for a telephonic status hearing on 12/13/2022 at 8:55 AM, using call−in number 888−684−8852, access code 746−1053. A joint status report by plaintiff and all remaining defendants is to be filed on 12/6/2022. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.