# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

KTM AG

                                             Plaintiff,

v.                                                   Case No.:
1:22–cv–01457

Honorable Matthew F. Kennelly

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, November 13, 2022:

       MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's claims against the following defendants are voluntarily dismissed without prejudice: NewNew MT Store, Shop3106033 Store, AR Fairings & Customized Store, and Estelle motorcycle Store. The deadline for filing any motion for default judgment as to any defendant(s) remaining in the case is 12/8/2022. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.